IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. SAG-22-105 |
| | * |
| MARK ROBERT UNKENHOLZ, | * |
| | * |
| Defendant. | * |
| | * |

******

### ORDER

Upon consideration of the Fourth Consent Motion for Order Regarding Speedy Trial Status, it is this  15th  day of May, 2023, by this Court:

**FOUND**; pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice will be served by excluding the time between May 15, 2023 and August 15, 2023, for purposes of calculating the time by which the defendant must be tried, and outweighs the best interest of the public in a speedy trial, in that:

1. This a complex case that includes potential litigation under the Classified Information Procedures Act, 18 U.S.C. App. III, and complicated measures relating to the production of classified information during the discovery process;

3. The failure to grant this request in this proceeding could likely to result in a miscarriage of justice; and

4. The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case; and it is therefore

1

**ORDERED**, that the Fourth Consent Motion for Order Regarding Speedy Trial Status shall be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that pursuant to 18 U.S.C. §3161(h)(7)(A), and in light of prior orders of this court, the entire period of time between March 31, 2022, and August 15, 2023, shall be, and the same hereby is, **EXCLUDED** from the computation of time in which the defendant must be tried on the Indictment; and it is further

**ORDERED**, that the government shall submit a status report to the Court on or before June 15, 2023, in accordance with ECF 32.

_____/s/_____
Stephanie A. Gallagher
United States District Judge