# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

SHARI SILVER DERROW  
ASSISTANT FEDERAL PUBLIC DEFENDER

**VIA CM/ECF**

July 17, 2023

The Honorable Stephanie A. Gallagher
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *United States v. Mark Unkenholz*
          Criminal Case No. SAG-22-0105

Dear Judge Gallagher:

    I write with the consent of the government to provide a status report. Mr. Unkenholz's computer forensics experts have not yet received their clearance, which impedes the defense's ability to engage in more extensive discovery. Because Mr. Unkenholz needs the services of his computer forensic experts, as well as additional classified discovery, more time is needed. The parties propose another status report to the Court in sixty days. I thank the Court for its attention to this matter.

                          Sincerely,

                          /s/

                        Shari Silver Derrow
                        Assistant Federal Public Defender

Status report APPROVED this _____ day of July, 2023. The parties are ORDERED to provide another status report by September 15, 2023.

_____
Honorable Stephanie A. Gallagher
United States District Judge