RIG: 2021R00285
TMS 5/15/25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL CASE NO. SAG-22-105 |
| | * | |
| MARK ROBERT UNKENHOLZ, | * | (Unauthorized Removal and Retention of |
| | * | Classified Documents or Material, 18 |
| | * | U.S.C. § 1924) |
| Defendant. | * | |
| | * | |

*******

## SUPERSEDING INFORMATION

The United States Attorney for the District of Maryland charges that:

### COUNT ONE
### (Unauthorized Removal and Retention of Classified Documents or Material)

On or about and between February 14, 2018 and June 1, 2020, in the District of Maryland, the Defendant,

**MARK ROBERT UNKENHOLZ,**

being an officer, employee, contractor, or consultant of the United States, and, by virtue of such office, employment, position, and contract, became possessed of documents and materials containing classified information of the United States, as defined in 18 U.S.C. § 1924(c), to wit: classified up to the TOP SECRET//SCI level, and knowingly removed such documents and materials without authority and with the intent to retain such documents and materials at an unauthorized location.

All in violation of Title 18, United States Code, Section 1924.

Date: May 15, 2025

Digitally signed by
ROBERT GOLDARIS
Date: 2025.05.19
10:12:41 -04'00'

Kelly O. Hayes
United States Attorney