# APPENDIX A

# (TO BE FILED UNDER SEAL)