The Honorable Stephanie A. Gallagher
United States District Judge
c/o Office of the Federal Public Defender
100 South Charles Street,
Tower II, 9th Floor
Baltimore, MD 21201

From:
Katrina Vazquez



Dear Judge Gallagher,

I am writing to offer a character reference for Mark Unkenholz, whom I have known since 2016. I met Mark when I started working as a Technical Lead in the Commercial Engagement Center where Mark was the Technical Director. During the years we worked together, I came to know him as a thoughtful and diligent individual who consistently demonstrated unwavering dedication to the mission of the National Security Agency.

Mark routinely arrived early and stayed late, showing his dedication to his work and to the team. What stood out most, however, was the time and energy he devoted to mentoring others. He was an exceptional mentor not only to me, but to many junior employees. He proactively scheduled recurring one-on-one meetings with several of us, during which he offered guidance on career development, project strategy, and overcoming challenges. His support was invaluable to my growth and I know many others benefited from his mentorship in similar ways.

Despite being far more experienced, Mark listened closely to feedback, challenged our thinking when necessary, and remained open to adjusting course when someone presented a better alternative. His collaborative leadership style fostered a productive work environment that empowered junior team members.ji

Since his departure from his role, Mark has continued to seek ways to contribute positively to society. Notably, he has been actively volunteering with the Red Cross, where he serves as a dispatcher and teaches classes on international humanitarian law. His actions during this time have been a true testament to his character as he continues to prioritize service to others and making a positive impact.


Sincerely,

Katrina Vazquez