18 June 2025

The Honorable Stephanie A. Gallagher
United States District Judge
℅ Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201

Dear Judge Gallagher,

My name is Michael Young.  I worked with Mark Unkenholz for nearly the entire time period from 2002 until 2022 as a Program Manager.  Throughout most of that time Mark served as a mentor to me and many others within the organization.  As a senior member of the workforce, he was frequently sought out for his expertise and experience in developing strategies for various projects.

His dedication to the mission was second to none.  While most people would spend their weekends enjoying time away from the office, he would frequently show up on Monday mornings with ideas for fresh approaches to difficult problems.  He clearly spent many of his non-working hours researching and thinking through work related topics, demonstrating a clear and unwavering focus to the mission.  Unfortunately, the nature of the work does not allow for detailed examples of this, although they are countless in number.

He had risen to be the senior technical leader in the organization, a position he held for most of the time that I knew him, and was widely respected among other senior leaders outside the organization due to his history of delivering solutions to difficult mission requirements.  He also excelled at building partnerships within the building to be best positioned to fully understand the customer requirements and what was truly needed.

When I met Mark, he was already a senior leader within the organization as his mission focus led him to attain high level positions early in his career.  Most of his waking hours seemed to be spent expanding his knowledge and identifying new ways to utilize that knowledge in the office.  In my opinion, he is a true patriot that has only ever wanted to serve his country.

His guidance was constantly sought out by the workforce because of his vast experience in a unique and narrowly focused mission area.  He was always a good sounding board to bounce ideas off of ahead of pursuing efforts, just to tap into that wealth of experience and to make sure there wasn't a better way.

Unfortunately, the last several years appears to have had a significant negative impact, both on his health and personal goals, as the case has remained unresolved.  It has taken away

his ability to contribute to a mission that he so dearly loved and was dedicated to. On a positive note, he has found value in performing volunteer work with the Red Cross, which I hope he will be able to continue upon resolution of this case.

Sincerely,

/s/

Michael Young