# APPENDIX A



*The President's Volunteer Service Award is presented to:*

# MARK UNKENHOLZ

## BRONZE

*By AmeriCorps in recognition and appreciation for their commitment to strengthen our nation and communities through volunteer service.*

### 2023
Awarded


