# APPENDIX B



The President's Volunteer Service Award is presented to:

# MARK UNKENHOLZ

## GOLD

By AmeriCorps in recognition and appreciation for their commitment to strengthen our nation and communities through volunteer service.

2024
Awarded


