# APPENDIX C



**THE WHITE HOUSE**

WASHINGTON

The American story depends not on any one of us, not on some of us, but on all of us. I congratulate you on taking it upon yourself to contribute to the public good, and I'm proud to present you with the President's Bronze Volunteer Service award in recognition of your 151.7 hours of service to this great Nation.

Throughout our country's history, the American story has been strengthened by those who combine an optimism about what can be with the resilience to turn that vision into reality. I know I'm not alone in recognizing that those who are willing to step up and volunteer in service of community and country are essential to the ongoing work of forming our more perfect union.

By sharing your time and passion, you are helping discover and deliver solutions to the challenges we face - solutions that we need now more than ever.  We are living in a moment that calls for hope and light and love. Hope for our futures, light to see our way forward, and love for one another.  Through your service, you are providing all three.

On behalf of the American people, I extend my heartfelt appreciation to you for your volunteer leadership, and I encourage you to continue to answer the call to serve. The country is counting on you.